# Medical Suit

4:16-CV-00982-LSC-SGC

I Plaintiff Joe nathan Giles like To Ask This Honorable why Have I Recived Anything From this Court on my Prison consent form In the $200,000.00 from Each of the Defendants That Hes Suiting Docter Wilson M.D. of St Clair Prison and MS. E Hamby of Overseal of the Prison Infirmary Plaintiff Seem The Prison Docter wilson Aug 2rd 2016 for His Neck an Right Knee Both Are Real Bad off need Surgery Real Bad Diss in His Neck could Be coming from The 3 Back Surgerves Plaintiff Done Had Right Knee is Blowed out Suffering in Pain an got Put on Tynoles By Docter Wilson This Day Stil Have not Saw An Specialize for Surgery I am in lock up The Two Defendants Thats Keep Refusing the Plaintiff Right Treatment By sending Him out to

U.A.B. Are Brookwood

Sworn to and subscribed before me self Notary This 2rd Day of Aug 2016

Joe Giles

Pursuant 28 USC § 1746 Notary of Merit

Please send An Case Civil Docket on 4:16-CV-00982-LSC-SGC

